AO 106 (Rev. 04/10) Application for a Search Warrant

SEALED FILED

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

AUG 2 8 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of<br>Any media contained in the account associated with the<br>email address "buzzkill17421@yahoo.com" and/or<br>"b_formiconi@yahoo.com" located at PCLOUD AG,<br>PCLOUD U.S. LEGAL COUNSEL, BOSTON LAW<br>GROUP, 825 BEACON STREET, SUITE 20,<br>NEWTON CENTRE, MA 02459 | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  2:18-SW-0732   KJN

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the _____ Eastern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual Exploitation of Children |
| 18 U.S.C. § 2252 | Certain activities relating to material involving the sexual exploitation of minors |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

☑ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Dana M. Unger, Special Agent, U.S. Immigration and
Customs Enforcement
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  Aug 28, 2018

*Judge's signature*

City and state:  Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge

IN THE MATTER OF THE SEARCH OF THE )   CASE NO.
PROPERTY LOCATED AT:                )
                                    )   **AFFIDAVIT OF DANA UNGER IN SUPPORT**
   PCLOUD  AG                    )   **OF APPLICATION FOR SEARCH WARRANT**
   PCLOUD  U.S. LEGAL COUNSEL     )
   BOSTON LAW GROUP               )
   825 BEACON STREET, SUITE 20    )   **FILED UNDER SEAL**
   NEWTON CENTRE, MA 02459        )
_____   )

I, Dana M. Unger, a Special Agent with U.S. Immigration and Customs Enforcement (ICE),

Homeland Security Investigations (HSI) in Sacramento, California, being duly sworn, depose

and state as follows:

## I.   INTRODUCTION

1.      I submit this application and affidavit in support of a search warrant authorizing the

search of a pCloud account associated with Brian FORMICONI.  This affidavit is submitted in

support of an application for a search warrant to require pCloud AG (hereafter "pCloud") to

disclose to the government records and other information, including the contents of

communications in its possession and control, as stated in Attachment A of this Affidavit, which

is incorporated fully herein by reference, including the entire property located at pCloud AG, 74

Zugerstrasse Street, Baar, 6340, Switzerland and any media contained in the account associated

with the email address buzzkill17421@yahoo.com and/or b_formiconi@yahoo.com (SUBJECT

ACCOUNT), for contraband and evidence, fruits, and instrumentalities of violations of Title 18,

United States Code § 2251 and 18 U.S.C. § 2252, which items are more specifically described in

Attachment B of this Affidavit, which is incorporated fully herein by reference.

2.      I am familiar with the statements contained in this Affidavit based upon my own

investigation of Brian FORMICONI and information provided to me by other law enforcement

officers, to include the Royal Canadian Mounted Police (RCMP) and HSI Special Agent James

Smith.  I am familiar with the investigation that law enforcement has conducted in Canada with

the assistance of the Homeland Security Investigations, and the U.S. Consulate office in

Vancouver, British Columbia, Canada.

3.     Because this Affidavit is being submitted for the limited purpose of securing a search and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. § 2252 and 18 U.S.C. § 2251 are located within the SUBJECT ACCOUNT.

## II.    **AGENT BACKGROUND**

4.     I am a Special Agent with the U.S. Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been so employed since September 2004.  I am presently assigned to the Commodities and Multi-Disciplinary Group at the Office of the Assistant Special Agent in Charge, Sacramento (HSI/SO), where my duties include the investigation of individuals involved in the exploitation of minors, financial crimes, counter proliferation investigations, intellectual property rights, and other cyber-based crimes.  I am responsible for conducting federal investigations relating to crimes involving the sexual exploitation of children, such as online enticement, child pornography, and child sex tourism.  I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and have received basic, advanced, and on-the-job training in the investigation of cases involving the sexual exploitation of children and the use of the Internet and computers generally to transmit child pornography.  I hold a Bachelor's of Science Degree in Criminal Justice and a Master's of Science Degree in Criminology/Criminal Justice.  In the course of my employment, I have served or assisted in serving search warrants; seized numerous items of computer equipment and software; and I have participated in several investigations involving computer forensics, including investigations related to child pornography and exploitation.  I have been a Special Agent for the past thirteen (13) years and am eligible to make this application for a search warrant.

5.     I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7).  As such, I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

### III.   **APPLICABLE CRIMINAL STATUTES**

6.     This investigation concerns alleged violations of 18 U.S.C. §2252 and 18 U.S.C. §2251, relating to material involving the sexual exploitation of minors.

A.   18 U.S.C. §2251(a) prohibits any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in any sexually explicit conduct for the purpose of producing any explicit depiction of such conduct or for the purpose of transmitting a live depiction of such conduct.

B.   18 U.S.C. § 2252(a)(2) prohibits the knowing receipt or distribution, by computer or mail, of any visual depiction of minors engaging in sexually explicit conduct, if the visual depiction has been mailed, shipped, or transported in interstate or foreign commerce, or if it contains materials that have been so mailed, shipped, or transported, by any means, including by computer.

C.   18 U.S.C. § 2252(a)(4)(B) prohibits the possession of one or more matters that contain visual depictions of minors engaged in sexually explicit conduct, and that have been mailed, shipped, or transported in interstate or foreign commerce, or if it contains materials that have been so mailed, shipped, or transported, by any means, including by computer.

D.   18 U.S.C. § 2252A(a)(5)(B) prohibits knowingly possessing, or knowingly accessing with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

7.      Statutes Regarding Access to Stored Wire and Electronic Communications and

Transactional Records.  Title 18, United States Code, §§ 2701 through 2711, are statutes

concerning "Stored Wire and Electronic Communications and Transactional Records Access."

   A.  Title 18, United States Code, § 2711, provides, in relevant part:

        As used in this chapter –
        (1)  the terms defined in section 2510 of this title have, respectively,
        the definitions given such terms in that section;
        (2)  the term "remote computing service" means the provision to the
        public of computer storage or processing services by means of an
        electronic communications system[.]

   B.  Title 18, United States Code, § 2510 (Wire and Electronic Communications Interception

      and Interception of Oral Communications), provides, in relevant part:

        * * *
        (8)  "contents", when used with respect to any wire, oral, or electronic
        communication, includes any information concerning the substance,
        purport, or meaning of that communication;
              * * *
        (14)  "electronic communications system" means any wire, radio,
        electromagnetic, photooptical or photoelectronic facilities for the
        transmission of electronic communications, and any computer
        facilities or related electronic equipment for the facilities or related
        electronic equipment for the electronic storage of such
        communications;
        * * *
        (15)  "electronic communication service" means any service which
        provides to users thereof the ability to send or receive wire or
        electronic communications;
              * * *
        (17)  "electronic storage" means –
        (A) any temporary, intermediate storage of a wire
        or electronic communication incidental to the electronic transmission
        thereof; and
        (B)      any storage of such communication by an electronic
        communication service for purposes of backup protection of such
        communication[.]

   C.  Title 18, United States Code, § 2703(c)(1)(A) provides in relevant part:

4

A government entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications) only when the government entity – obtains a warrant issued using the procedures described in the Federal Rules of Criminal Procedure … by a court of competent jurisdiction.  Pursuant to Title 18, United States Code, § 2703(c)(3), search of these records does not require that the subscriber or customer be notified of the search.

D.  Title 18, United States Code, section 2703(a) provides, in relevant part:

A governmental entity may require the disclosure by a provider of electronic communication service of the contents of an electronic communication of a wire or electronic communication, that is in electronic storage in an electronic communication system for one hundred and eighty days or less, only pursuant to a warrant issued using the procedures described in the Federal Rules of Criminal Procedure … by a court of competent jurisdiction. A governmental entity may require the disclosure by a provider of electronic communications services of the contents of wire or electronic communication that has been in electronic storage in an electronic communications system for more than one hundred and eighty days by the means available under subsection (b) of this section.

E.  Title 18, United States Code, section 2703(b) provides, in relevant part:

(1)   A governmental entity may require a provider of remote computing service to disclose the contents of any wire or electronic communication to which this paragraph is made applicable by paragraph (2) of this subsection -
(A)   without required notice to the subscriber or customer, if the governmental entity obtains a warrant issued using the procedures described in the Federal Rules of Criminal Procedure … by a court of competent jurisdiction
(2)  Paragraph (1) is applicable with respect to any wire or electronic communication that is held or maintained on that service-
(A) on behalf of, and received by means of electronic transmission from (or created by means of computer processing of communications received by means of electronic transmission from), a subscriber or customer of such remote computing service; and
(B)   solely for the purpose of providing storage or computer processing services to such subscriber or customer, if the provider is not authorized to access the contents of any such communications for purposes of providing any services other than storage or computer processing.

5

F.  Title 18, United States Code, section 2703(f)(1) states, in relevant part, that a provider shall, upon the request of a governmental entity, take all necessary steps to preserve records and other evidence in its possession pending the issuance of a court order or other process.  These records will be retained for a period of 90 days (18 USC 2703(f)(2)), unless the initial request is extended by a renewed request from the governmental entity.

## IV.    **DEFINITIONS**

8.    The following definitions apply to this Affidavit and Attachment B:

a.    "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

b.    "Cloud-based storage service," as used herein, refers to a publically accessible, online storage provider that collectors of child pornography can use to store and trade child pornography in larger volumes. Users of such a service can share links and associated passwords to their stored files with other traders of child pornography in order to grant access to their collections. Such services allow individuals to easily access these files through a wide variety of electronic devices such as a desktop and laptop computers, mobile phones, and tablets, anywhere and at any time. An individual with the password to a file stored on a cloud-based service does not need to be a user of the service to access the file. Access is often free and readily available to anyone who has an Internet connection.

c.    "Internet Protocol address" or "IP address," as used herein, refers to a unique number used by a computer or other digital device to access the Internet.  IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer every time it

accesses the Internet.  IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

      d.      "Internet Service Providers" ("ISPs"), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment.

      e.      "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

      f.      "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2)(A), means actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

      g.      "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## V.     BACKGROUND REGARDING PCLOUD

9.      pCloud is a file hosting service operated by PCloud AG, headquartered in Switzerland, that offers cloud storage.  pCloud allows users to store files as well as other personal data in the cloud.  Files can be synced to a PC and accessed from a web browser, mobile device (iOS/ Android), desktop, or tablet.  pCloud users can share files, folders, and photos. File sync is a mechanism for automatically distributing files on one device to other devices connected to pCloud.

10.     pCloud users sign up for an account with a valid e-mail address.  pCloud will typically give users 10GB of free storage, and if the user wants more storage, the user can pay for it.

Users can access pCloud from anywhere in the world using the internet. For example, a user can take a photograph from a smartphone and upload that photo to pCloud and erase it from their phone. The photograph now resides in the user's "cloud." The user can then access his/her pCloud account from a computer and download the photograph to that machine.

11.     Another feature of pCloud is sharing. pCloud supports high-definition video storage. pCloud has link features such as passwords and expiry dates as well as the ability to generate special upload links. Additionally, pCloud Crypto allows the user to set up private, end-to-end encrypted folders, a security safeguard that is not typically provided by most cloud storage companies. A pCloud user can share certain files he/she designates by sending a link to another user. It then gives the second user access to those particular files. pCloud users can view photos and videos either in a list view or thumbnails, can create slideshows, users can change the size of images they have downloaded, and have the ability to stream videos from the pCloud browser. Smartphone access is available with pCloud apps for Android and iOS. The mobile app has a setting that will automatically upload videos and photos to the cloud shot from a mobile device. The pCloud mobile apps can be used to access files, share files and upload new ones. That includes automatic uploads for photos and video shot using a smartphone.

12.     I know that pCloud maintains records on their users, such as basic subscriber information within the meaning of 18 U.S.C. § 2703(c)(2). Furthermore, I know that pCloud keeps and maintains the stored content of their users account, such as photographs, movies, documents and music within the meaning of the Stored Communication Act. Once the records are received, government investigators will look through the records and copy those files that are particularized in Attachment B.

## VI.     BACKGROUND ON KIK MESSENGER

13.     Kik Messenger, commonly called Kik, is a freeware instant messaging mobile app from the Canadian company Kik Interactive, available free of charge on iOS and Android operating systems. It uses a smartphone's data plan or Wi-Fi to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content after users register a username. Kik is

known for its features preserving users' anonymity, such as allowing users to register without providing a telephone number. The application logs user IP addresses, which the company can use to determine location. Kik is commonly seen by law enforcement as an app used to communicate with minors as well as exchange images/videos of child exploitation material.

## VII.   FACTS SUPPORTING PROBABLE CAUSE
### A.   INVESTIGATION CONDUCTED BY THE ROYAL CANADIAN MOUNTED POLICE (RCMP) – PROJECT SPERLING

14.    In November 2015, RCMP British Columbia Integrated Child Exploitation Unit (BC ICE) received information from the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding an individual, with the associated Kik usernames "horneeym31" and "horneym32," who had traded child pornography on Kik. A Production Order[1] was served on Kik for account content relating to the users "horneym32" and "horneeym31." Once Kik produced the content, an RCMP analyst viewed the files (image/videos) that were sent and received by the Kik user "horneeym31" and confirmed the presence of child pornography. The Kik results for "horneym32" were also reviewed; however, the results did not contain any content (images/videos). The Kik user was identified as Norman Paul SPERLING and following the execution of a search warrant at his residence, SPERLING was arrested and confessed to the offenses in an interview. He was charged with Accessing Child Pornography contrary to Section 163.1(4.1) of the Criminal Code of Canada, Possession of Child Pornography contrary to Section 163.1(4) and Distribution of Child Pornography contrary to Section 163.1(3) of the Criminal Code of Canada.

15.    Between March 2, 2016 and March 17, 2016, RCMP analysts reviewed the Production Order results for "horneeym31" and determined that SPERLING had been communicating on Kik with other users for the purpose of trading child pornography. From a review of the contents of Kik messages, analysts determined that fifty-seven (57) users had sent child pornography to the user "horneeym31" or to a group which "horneeym31" had been part of. A review of the

---

[1] Canada has a unified system of production of business records pursuant to a Production Order, which can function as a subpoena or a search warrant.

images/videos that were traded by the fifty-seven (57) users, revealed that the majority of the images/videos involved toddlers and infants, as young as six (6) months old, engaged in sexually explicit activity including anal/vaginal intercourse. Many of the images/videos had not been seen in the past by law enforcement and based on the perceived anonymity of the Kik application, it was believed that further investigation of these users could lead to the identification of a number of victims and hands-on offenders.  As a result, the RCMP decided to investigate the fifty-seven (57) user accounts.

16.     Further investigation by the RCMP included numerous Production Orders for content relating to Kik users, who were identified through Kik user groups and communication between identified Kik users (all stemming from the SPERLING investigation).  RCMP analysts reviewed the material provided by Kik in response to the Production Orders and conducted further research with respect to the users. The entirety of the evidence pertaining to each Kik user was forwarded to the respective Law Enforcement Agency of each affected jurisdiction, based on IP address, geo-location, and information obtained through the RCMP investigation.

**B.     RCMP INVESTIGATION LEADING TO KIK USER "BUZZKILL17421"**

17.     Between August 19, 2016 and November 27, 2016, as a part of the investigation into the fifty-seven users and additional accounts trading child pornography with those users, RCMP analysts reviewed the Production Order results for the Kik user "daza000." The analysts determined that the Kik user "daza000" had been trading child pornography on Kik. During review of the contents of "daza000" chats, analysts discovered that the Kik user "buzzkill17421" sent a file through Kik to a child pornography trading group that "daza000" had been part of on March 20, 2016 at 07:18:34 UTC.  RCMP analysts viewed the file and confirmed that it was child pornography, as defined by the Criminal Code of Canada.[2]

---

[2] Canada defines child pornography as follows: {Definition of "child pornography" - 163.1 (1) In this section, "child pornography" means
(a) a photographic, film, video or other visual representation, whether or not it was made by electronic or mechanical means, (i) that shows a person who is or is depicted as being under the age of eighteen years and is engaged in or is depicted as engaged in explicit sexual activity, or(ii) the dominant characteristic of which is the depiction, for a sexual purpose, of a sexual organ or

18.     Between August 19, 2016 and December 14, 2016, RCMP analysts reviewed the

Production Order results for the user "heatherbreas22." It was determined that the Kik user

"heatherbreas22" had been trading child pornography with other users using Kik. During review

of the contents of "heatherbreas22" chats, analysts discovered that the Kik user "buzzkill17421"

sent child pornography files to a group that "heatherbreas22" had been part of from April 18,

2016 at 05:23:08 UTC to April 20, 2016 at 06:23:23 UTC. The Production Order results for

"heatherbreas22" contained two (2) files sent by "buzzkill17421." RCMP analysts viewed the

files and confirmed they were both child pornography, as defined by the Criminal Code of

Canada.

19.     Between August 19, 2016 and December 1, 2016, RCMP analysts reviewed the

Production Order results for the user "francy14add." It was determined that the Kik user

"francy14add" had been trading child pornography with other users using Kik.  During review of

the contents of "francy14add" chats, analysts discovered that the Kik user "buzzkill17421" had

sent files to a group that "francy14add" had been part of from April 18, 2016 at 05:23:08 UTC to

April 20, 2016 at 06:23:23 UTC. The Production Order results for "francy14add" were found to

contain two (2) files sent by "buzzkill17421." RCMP analysts viewed the files and confirmed

that they were child pornography. It appears that this was the same group as noted under

"heatherbreas22," as the data indicates that "buzzkill17421" sent both users the same files at the

same dates/times.

20.     The RCMP requested a Production Order for the account of the Kik user "buzzkill17421"

for Accessing Child Pornography contrary to Section 163.1(4.1) of the Criminal Code of Canada,

Possession of Child Pornography contrary to Section 163.1(4) of the Criminal Code of Canada

---

the anal region of a person under the age of eighteen years;(b) any written material, visual
representation or audio recording that advocates or counsels sexual activity with a person under
the age of eighteen years that would be an offence under this Act;(c) any written material whose
dominant characteristic is the description, for a sexual purpose, of sexual activity with a person
under the age of eighteen years that would be an offence under this Act; or(d) any audio
recording that has as its dominant characteristic the description, presentation or representation,
for a sexual purpose, of sexual activity with a person under the age of eighteen years that would
be an offence under this Act.}

and Making Available/Distribution of Child Pornography contrary to Section 163.1(3) of the
Criminal Code of Canada. On July 12, 2017, Corporal Waldron of BC ICE, obtained an
authorized Production Order for the subscriber information and content for the Kik user
"buzzkill17421."

21.    Between August 25, 2017 to January 19, 2018, Kik responded, in portions, to the
Production Order. RCMP analysts determined that there were records that were not included
within the Production Order response, including the preserved content. On May 7, 2018, Kik
responded, in their belief in full, to the Production Order, although the received content was
never produced. On June 1, 2018, Kik Interactive Inc. advised that there was no received content
available, stating they do not have the capability of preserving or providing files received by an
account without any information pertaining to the specific sender of those files.

22.    On June 17, 2018, an RCMP analyst reviewed the Kik Production Order results and
determined that the user "buzzkill17421" had sent child pornography files, as defined by the
Criminal Code of Canada, directly to other Kik users. There was no group content provided. The
RCMP analyst noted that the user had sent potentially identifying files, and files that indicated
that the user may have access to a pre-pubescent female child who he may be actively sexually
abusing/exploiting.

23.    On June 18, 2018, the RCMP queried the potentially identifying files in the International
Child Sexual Exploitation Image Database (ICSE DB) and determined the files have not been
previously uploaded/identified. Due to the fact that the images had not been previously seen by
law enforcement, they were documented as a new series with the series name "bright trim
panties."

24.    On June 20, 2018, RCMP analysts further reviewed and extracted the potentially
identifying files and files that indicated that the user "buzzkill17421" may have access to a pre-
pubescent female child, whom he may be actively sexually abusing.

25.    On June 20, 2018, the Department of Homeland Security issued a Summons to Kik
Interactive, Inc. for subscriber information, connection records, or records of session/IP logs for

the past year (and any other available IP addresses attached to the account for "buzzkill17421."

On June 21, 2018, in response to the DHS Summons, Kik provided the following subscriber

information:

Date:            June 21, 2018

First Name:      Buzz

Last Name:       K

Email:           buzzkill17421@yahoo.com (unconfirmed)

Username:        buzzkill17421

Registration date: 09/24/2015

2018/05/26 23:48:17 UTC USER_LOCATION US (tz: Unknown, ip: 166.170.36.189)

Date/time Timestamp Device Extra data

2018/05/25 22:36:39 UTC 1527287799769 CIP "ip":"64.30.97.69", "remotePort":"49201", "chatNetwork":"Unknown"
2018/05/25 22:43:34 UTC 1527288214303 CIP "ip":"166.137.178.137", "remotePort":"3238", "chatNetwork":"Unknown"
2018/05/25 22:50:07 UTC 1527288607990 CIP "ip":"166.137.178.137", "remotePort":"41518", "chatNetwork":"Unknown"
2018/05/25 23:05:30 UTC 1527289530080 CIP "ip":"64.30.97.69", "remotePort":"49248", "chatNetwork":"Unknown"
2018/05/25 23:14:50 UTC 1527290090059 CIP "ip":"64.30.97.69", "remotePort":"49250", "chatNetwork":"Unknown"
2018/05/25 23:17:47 UTC 1527290267766 CIP "ip":"64.30.97.69", "remotePort":"49254", "chatNetwork":"Unknown"
2018/05/25 23:26:29 UTC 1527290789029 CIP "ip":"64.30.97.69", "remotePort":"49279", "chatNetwork":"Unknown"
2018/05/25 23:27:50 UTC 1527290870014 CIP "ip":"64.30.97.69", "remotePort":"49285", "chatNetwork":"Unknown"
2018/05/25 23:29:05 UTC 1527290945687 CIP "ip":"64.30.97.69", "remotePort":"49286", "chatNetwork":"Unknown"
2018/05/25 23:40:33 UTC 1527291633815 CIP "ip":"166.170.38.250", "remotePort":"41561", "chatNetwork":"Unknown"
2018/05/25 23:43:46 UTC 1527291826689 CIP "ip":"166.170.38.250", "remotePort":"48321", "chatNetwork":"Unknown"
2018/05/25 23:57:56 UTC 1527292676188 CIP "ip":"166.170.38.250", "remotePort":"15897", "chatNetwork":"Unknown"

2018/05/26 00:02:45 UTC 1527292965088 CIP "ip":"166.170.38.250", "remotePort":"3927", "chatNetwork":"Unknown"
2018/05/26 00:08:30 UTC 1527293310668 CIP "ip":"166.170.38.250", "remotePort":"55811", "chatNetwork":"Unknown"
2018/05/26 00:17:55 UTC 1527293875010 CIP "ip":"166.170.38.250", "remotePort":"34346", "chatNetwork":"Unknown"
2018/05/26 00:24:29 UTC 1527294269216 CIP "ip":"64.30.97.69", "remotePort":"49330", "chatNetwork":"Unknown"
2018/05/26 00:51:06 UTC 1527295866824 CIP "ip":"64.30.97.69", "remotePort":"49338", "chatNetwork":"Unknown"
2018/05/26 00:51:19 UTC 1527295879459 CIP "ip":"64.30.97.69", "remotePort":"49339", "chatNetwork":"Unknown"
2018/05/26 02:26:21 UTC 1527301581055 CIP "ip":"64.30.97.69", "remotePort":"49384", "chatNetwork":"Unknown"
2018/05/26 06:37:42 UTC 1527316662202 CIP "ip":"64.30.97.69", "remotePort":"49512", "chatNetwork":"Unknown"
2018/05/26 16:08:24 UTC 1527350904029 CIP "ip":"166.170.36.189", "remotePort":"50473", "chatNetwork":"Unknown"
2018/05/26 20:01:22 UTC 1527364882056 CIP "ip":"166.170.36.189", "remotePort":"35692", "chatNetwork":"Unknown"
2018/05/26 23:48:17 UTC 1527378497051 CIP "ip":"166.170.36.189", "remotePort":"29885", "chatNetwork":"Unknown"

The information provided by Kik revealed that the user "buzzkill17421" was active on May 26,

2018, using IP address 64.30.97.69 at 06:37:42 UTC. Queries of this IP address show that it is

registered to Consolidated Communications, Inc., 114 Vernon, Roseville, CA 95678.

26.     On June 22, 2018, a DHS Summons was issued to Consolidated Communications, Inc.

for subscriber information relating to IP address 64.30.97.69, which was utilized to access Kik

on May 26, 2018 at 06:37:42 UTC.  In response to the DHS Summons, Consolidated

Communications, Inc. provided the following:

**Customer ID: 283757**
**BRIAN FORMICONI**
**317 Harvest Sky Ct**
**Roseville, CA 95747-7178**

27.     On July 1, 2018, the RCMP provided HSI Vancouver with a report detailing chats and

child pornography that had been recovered during a review of the Kik user's ("buzzkill17421")

account content.  The following details the child exploitation material, which was sent by

"buzzkill17421" to other Kik users and described by RCMP analysts:

    a.  File Name: 1481668602-5358d45c-5a37-4db6-9f8e-d38410fa8802
        Shaw1Base32 Hash Value: 3M63MGS4MG3I6TXBBZVLAA6KP5DYKCG5
        Sender: buzzkill17421
        Recipient: tkatfisme
        Type of Content Shared: Gallery
        Date/Time: 2016-12-13 22:36:42 UTC

        File Description: This is an image of a nude prepubescent female child

        approximately seven (7) to ten (10) years old, and an adult male. The

        prepubescent female child is masturbating the adult male's penis. This image is

        child pornography, as defined by the Criminal Code of Canada.

    b.  File Name: 1499836497-e44b1969-8b5a-4a56-8ee1-cd5efc63dfde
        Shaw1Base32 Hash Value: E4IOVU4FC2MB5LPE6PEZM3MQ7A57DKBH
        Sender: buzzkill17421
        Recipient: joecool246
        Type of Content Shared: demonfox816
        Date/Time: 2017-07-12 5:14:57 UTC

        File Description: This is a one minute and twenty second (01:20) video of a

        nude child, approximately three (3) to five (5) years old, and a partial nude adult

        female. The adult female is lying on a bed digitally manipulating her vagina while

        the child's full hand is in the adult female's vagina. This video is Child

        Pornography, as defined by the Criminal Code of Canada.

c. File Name: 1499836475-5ff2e4d4-b69e-4366-ab9e-dcf87c302d31
Shaw1Base32 Hash Value: UPC2T6M5WT37IQC6WEKC2IRU2FL6KTDG
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: demonfox816
Date/Time: 2017-07-12 5:14:57 UTC

File Description: This is a forty-five second (00:45) video of a child, approximately three (3) to five (5) years old, and an adult male. The prepubescent female child is lying on her back, with her legs spread. She is only visible from her chest down. The adult male is trying to force his penis into the prepubescent female child's vagina. This video is Child Pornography, as defined by the Criminal Code of Canada.

28. The following are descriptions of files, wherein the Kik user "buzzkill17421" is believed to be the producer. The files are of a prepubescent female child, approximately four (4) to seven (7) years old who was later confirmed to be the Kik user's daughter. Your affiant has reviewed these files, which were provided by the RCMP.

a. File Name: 1479095258-96bcb474-1e7e-4af4-af66-2747d786e818
Shaw1Base32 Hash Value: A2NMSAPON3IBTDDMREUZIDSLX5VKSRRC
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-11-14 3:47:38 UTC

File Description: This is a color image of a prepubescent female child, approximately four (4) to seven (7) years old, who is wearing white underwear. She appears to be lying on the floor, on her stomach, with her legs bent and propped against a closet door. The image is only from waist down.

29. The following includes a series of 9 images that were all sent on the same date to the Kik user "joecool246," which are believed to have been produced by the Kik user "buzzkill17421."

a. File Name: 1479706157-b80187da-9f31-4de1-ac0f-09b40be59c92
Shaw1Base32 Hash Value: UIJAMYBA7HFFE7LVEQVNK6QALMCHR2ZO
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-11-21 5:29:17 UTC

15

b.  File Name: 1479706165-dad5f5ef-5d73-4107-8068-beb02029e3c4
    Shaw1Base32 Hash Value: CH2IJOXAOTXBV4REGM4RE2NYFSOFQW44
    Sender: buzzkill17421
    Recipient: joecool246
    Type of Content Shared: Gallery
    Date/Time: 2016-11-21 5:29:25 UTC

c.  File Name: 1479706170-6af0474f-bcc6-4566-a9f4-09dac5b31312
    Shaw1Base32 Hash Value: 3ZTOMG34I3Z3NEUO3CUVD5D27AJSCGJ7
    Sender: buzzkill17421
    Recipient: joecool246
    Type of Content Shared: Gallery
    Date/Time: 2016-11-21 5:29:30 UTC

d.  File Name: 1479706178-d029f592-7ca0-4b38-b604-7834ccd282d7
    Shaw1Base32 Hash Value: SWTTBMX4E33WBI2KLU5XVGYU3G3YG5AM
    Sender: buzzkill17421
    Recipient: joecool246
    Type of Content Shared: Gallery
    Date/Time: 2016-11-21 5:29:38 UTC

e.  File Name: 1479706184-2d31cb84-eb8e-4969-96fe-bcd6d8277f66
    Shaw1Base32 Hash Value: NTCJY2T5QY4KXSOCEWIGC3DH3I7GCYXS
    Sender: buzzkill17421
    Recipient: joecool246
    Type of Content Shared: Gallery
    Date/Time: 2016-11-21 5:29:44 UTC

f.  File Name: 1479706231-92c53272-cf1b-46e1-a61a-6b6fa8b8e018
    Shaw1Base32 Hash Value: TAJTPWQH4ZH43GPPYF5JP2SUC2MUS46J
    Sender: buzzkill17421
    Recipient: joecool246
    Type of Content Shared: Gallery
    Date/Time: 2016-11-21 5:30:31 UTC

g.  File Name: 1479706243-48886661-3944-4bcd-a230-2bc0bd218500
    Shaw1Base32 Hash Value: YWBETQ2XDR6VLAISGZRG3IPMP4SA3KTY
    Sender: buzzkill17421
    Recipient: joecool246
    Type of Content Shared: Gallery
    Date/Time: 2016-11-21 5:30:43 UTC

h.  File Name: 1479706250-37b0a379-4da0-4edf-add6-d802516087cd

Shaw1Base32 Hash
Value: PRCPWYEK3YCFVNMYX3ZBW4HP7PAH3ABH
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-11-21 5:30:50 UTC

i.   File Name: 1479706263-b2a7d7c8-05bd-4b70-901c-e6f48da2213f
     Shaw1Base32 Hash Value: IWWTONAD6V3D7XWVOXYDL7DZVD5VX36V
     Sender: buzzkill17421
     Recipient: joecool246
     Type of Content Shared: Gallery
     Date/Time: 2016-11-21 5:31:03 UTC

     Series Description: This is a series of nine (9) color images of a

     prepubescent female child, approximately four (4) to seven (7) years old,

     lying in a bed. The first image is of prepubescent female child lying in a bed

     drinking from a pink bottle. The child is wearing white underwear. The bottle is

     positioned in such a way that her face is covered. The next six (6) images are a

     close up of her covered vaginal region, which is the focus of the images. The

     second to last image is of her lying on her side, with only the back of her head to

     her knees visible. The last image is of the prepubescent female child sitting on the

     bed, with her legs crossed. She is only visible from her chest down, and the focus

     of the image appears to be on her vaginal area with underwear on.

30.   The following includes a series of 5 images that were all sent on the same date to the Kik

user "joecool246," which are believed to have been produced by the Kik user "buzzkill17421."

     a.   File Name: 1480654960-69f48a65-c52f-45a3-a419-21d9c4ba1e6b
          Shaw1Base32 Hash Value: BTJ5F35JS7CYBJDXEA4MHQVVK3MLGJEU
          Sender: buzzkill17421
          Recipient: joecool246
          Type of Content Shared: Gallery
          Date/Time: 2016-12-02 5:02:40 UTC

     b.   File Name: 1480654964-61d36ca7-0aad-42a6-9f33-bc6f6539b649
          Shaw1Base32 Hash Value: M7SPC4WJ2XXYMZSIHEUCJICL7MFISJ3E
          Sender: buzzkill17421
          Recipient: joecool246

Type of Content Shared: Gallery
Date/Time: 2016-12-02 5:02:44 UTC

c.   File Name: 1480654973-b886e828-673e-4ebe-9a69-f74093ba17e1
Shaw1Base32 Hash Value:
CAECWSFJ2AMBVHDJEAR57REFWUXAXS5W
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-02 5:02:53 UTC

d.   File Name: 1480655039-41586006-6d9d-4966-82a5-7b9175ab28b4
Shaw1Base32 Hash Value:
Z6HMSFUYVKAWAVOKFBHRGQ4CF762SSZL
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-02 05:03:59 UTC

e.   File Name: 1480655044-6ea51498-81ea-4519-91cb-8dae29af4e2f
Shaw1Base32 Hash Value:
RMKPL7NEGUIIOZMBKE54VMBJ2CRSXCAA
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-02 5:04:04 UTC

Series Description: This is a series of five (5) color images of a
prepubescent female child, approximately four (4) to seven (7) years old, on a
pull-out bed. The first three (3) images are of the prepubescent female child
sitting on the end of the pull-out bed. The images are from the chest and
waist down, with her legs slightly spread. The focus of the images are on
her vaginal area, which is covered with underwear. The other two (2) images
are of her lying on her side, wearing white underwear, and she is only visible
from her waist down.

31.    The following includes a series of 3 images that were all sent on the same date to the Kik
user "joecool246," which are believed to have been produced by the Kik user "buzzkill17421."

a.   File Name: 1481340797-e41e1c5e-e988-42ad-9cc7-d86d126de4e2

18

Shaw1Base32 Hash Value: LICQTTJLRZQEZKJCFL3GOZO2GTSATBRF
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-10 3:33:17 UTC

b.  File Name: 1481340797-e41e1c5e-e988-42ad-9cc7-d86d126de4e2
Shaw1Base32 Hash Value:
T2BQZVODQGKTHOS3VYG7WEJ4K76RNNDU
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-10 3:33:17 UTC

c.  File Name: 1481340797-e41e1c5e-e988-42ad-9cc7-d86d126de4e2
Shaw1Base32 Hash Value: SM2XJGFZLD6OJLDWLPEUWDYA662R3YR6
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-10 3:33:17

File Description: This is a series of three (3) color images of a prepubescent female child, approximately four (4) to seven (7) years old, who is wearing pink underwear. In the first image she appears to be lying on a bed with her legs bent at the knees. The image is only from her knees, down and the focus of the image is of her covered vaginal region. The second image if of the prepubescent female child lying on her back on a bed, with her legs spread. The focus of this image is also of her covered vaginal region. The third image is of the prepubescent female child lying on her side on a bed. Her buttocks to her knees are only visible in the image, and her covered buttocks is the focus of the image.

32.    The following includes a series of 21 images that were all sent on the same date to the Kik user "joecool246," which are believed to have been produced by the Kik user "buzzkill17421."

a.  File Name: 1481603258-ade88dca-2fcb-47ae-95e2-078c13cee5cd
Shaw1Base32 Hash Value:
U2JWZWYM2PQIAMDOODJXIIV6NT3MHUEE
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery

19

Date/Time: 2016-12-13 4:27:38 UTC

b.   File Name: 1481603261-80155f49-81ce-4981-9fe5-678d142d33b3
       Shaw1Base32 Hash Value: ZLVUFEDKSCJC43LRAF4UA3FL73ISZ32M
       Sender: buzzkill17421
       Recipient: joecool246
       Type of Content Shared: Gallery
       Date/Time: 2016-12-13 4:27:41 UTC
       BC ICE Main File: 2016-6615

c.   3. File Name: 1481603262-09d59146-caea-477d-adad-d6f47cae8914
       Shaw1Base32 Hash Value: TR4TF7IQFZ63O3QT55K3BMQ5E4PIRYC3
       Sender: buzzkill17421
       Recipient: joecool246
       Type of Content Shared: Gallery
       Date/Time: 2016-12-13 4:27:42 UTC

d.   4. File Name: 1481603342-b5e7b10d-9f96-422f-a5fe-5fdaef2af6fb
       Shaw1Base32 Hash Value: VWIE7XQIUXXKYBUE4CI6YSCU2TZ5SIKL
       Sender: buzzkill17421
       Recipient: joecool246
       Type of Content Shared: Gallery
       Date/Time: 2016-12-13 4:29:02 UTC

e.   5. File Name: 1481603363-74775b29-a2c0-4246-af57-58005ab5372a
       Shaw1Base32 Hash Value:
         WQSLYUU3O3ATHVFCQTBXWUBESCSH3J2Y
       Sender: buzzkill17421
       Recipient: joecool246
       Type of Content Shared: Gallery
       Date/Time: 2016-12-13 4:29:23 UTC

f.   6. File Name: 1481603380-6b400ad6-a908-485f-80d3-7dd19bae7f3c
       Shaw1Base32 Hash Value: 2XOKCHLISOM6K6G2EQYOA6C4JQ2ODECR
       Sender: buzzkill17421
       Recipient: joecool246
       Type of Content Shared: Gallery
       Date/Time: 2016-12-13 4:29:40 UTC

g.   File Name: 1481603392-4ee3acbc-3476-47d6-89d2-47c416f48f5b
       Shaw1Base32 Hash Value: IWKMIB6AZ2B3LZP7MZ3DG7RQ4EYMVZJZ
       Sender: buzzkill17421
       Recipient: joecool246
       Type of Content Shared: Gallery
       Date/Time: 2016-12-13 4:29:52 UTC

h.   File Name: 1481603430-e61e4f58-599b-4345-9ba8-bf1bea8e8c69
       Shaw1Base32 Hash Value: XAO7HHVPW5J5756JGPZXUWRKKOZE4E4N
       Sender: buzzkill17421
       Recipient: joecool246
       Type of Content Shared: Gallery
       Date/Time: 2016-12-13 4:30:30 UTC

i.   File Name: 1481603442-6293efe7-d281-4276-9a00-e17cb5a0f221

20

Shaw1Base32 Hash Value:
NM7UDK2ND5RBI465KRZNFZKHKG6ABTG5
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:30:42 UTC

j.   File Name: 1481603469-e3a77a9e-505b-4e8d-a9b9-ffeedc2d0f45
Shaw1Base32 Hash Value: 7OWUHD4EUTT5FR2R773UHOXQ3UORQIA6
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:31:09 UTC

k.   File Name: 1481603483-09f67b53-63d0-4f0b-b556-1526c8267327
Shaw1Base32 Hash Value:
73TSW4AKPVWORAOV2EW7YRAPOQF3NTIP
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:31:23 UTC

l.   File Name: 1481603495-dd11e872-0d29-4680-b160-b4ee221c32dd
Shaw1Base32 Hash Value:
DEJLRI5HLS2RQLMERHBGNDZ2OBNRYAEL
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:31:35 UTC

m.   File Name: 1481603507-0e05263c-cb0a-49cd-a17c-28f8b517875c
Shaw1Base32 Hash Value:
R6CMWXIGYGGIA34A5BK3VH3GT6PYXXT7
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:31:47 UTC

n.   File Name: 1481603517-ab6fba80-fff6-4441-a782-c25b0851e2d4
Shaw1Base32 Hash Value: 5H2PJU2U35CU3YM525747O243ALNYFIS
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:31:57 UTC

o.   File Name: 1481603528-ead94ac6-62df-47d0-a126-a374d3522f40
Shaw1Base32 Hash Value: KWLVGY5YIVTO6ZJEL2ZFAF7TQIBB5FVC
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:32:08 UTC

p.   File Name: 1481603539-cea70208-3b7e-48e9-ac20-b610539ee123

21

Shaw1Base32 Hash Value:
GRJDUNLSDOBVKNFP4MWTEDFKYEADXHJF
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:32:19 UTC

q.  File Name: 1481603545-e0c1ec9c-a4b6-4b8f-bac0-89df5e6717d3
Shaw1Base32 Hash Value: JY3XP7F75IMVSP2W2JBPGFMRUQKNNDXU
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:32:25 UTC

r.  File Name: 1481603561-6b28a0f2-f325-4b09-9af5-437712e06c23
Shaw1Base32 Hash Value:
ALFFWN6KVBOC2C72APYYVVIXPM6Q5KB5
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:32:41 UTC

s.  File Name: 1481603572-69e56f59-595e-4b5f-be1f-e61d260e45b1
Shaw1Base32 Hash Value: LR54K5QXNRSHNEXE5MZRYPUDP74EES6V
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:32:52 UTC

t.  File Name: 1481603578-2246577d-23c6-46fb-8b2b-4389a05075aa
Shaw1Base32 Hash Value: NT7LVCJZGOIBRIRIJOBMMUYIRNJCOUCD
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:32:58 UTC

u.  File Name: 1481603583-31e0d0dc-286b-4991-b733-f1b63180d41d
Shaw1Base32 Hash Value:
3UXLXCE4QZK5XR54QRGXV52U3EUAAK2D
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-13 4:33:03 UTC

Series Description: This is a series of twenty-one (21) color images of a prepubescent female child, approximately four (4) to seven (7) years old, in a kitchen. The prepubescent female child is first seen wearing a pink leotard. In the series of images, the child then pulls down her leotard, exposing her chest. In one of the images, you can see what appears to be an adult Caucasian male's leg. Fifteen (15) of the twenty-one images in this series depict the child completely nude.

The child's face is not visible.  She is depicted from the neck and chest down, however you can see that the child has long brown hair. The child is then depicted putting underwear on.  These images all appear to have been taken in a kitchen. All of the nude images are from the child's shoulders down and the focus of most of the images are on her vaginal region. Some of the nude images depict the child from the back with her buttocks exposed.

33.     The following includes descriptions of additional files recovered from the content of the Kik user account "buzzkill17421."  These files are of investigative interest and include discussions that investigators believe to be about FORMICONI's daughter.

> File Name: 1478627517-1000858f-2a3e-4355-ad88-d45b06b0f0a3
> Sha1Base32 Hash Value: YQFQABB6IHEQT26OS5M7CRAMUZOWE2HQ
> Sender: buzzkill17421
> Recipient: joecool246
> Type of Content Shared: Gallery
> Date/Time: 2016-11-08 17:51:57 UTC

File Description: This is a one minute and thirty-seven second video (01:37) of a nude adult male, believed to be the Kik user "buzzkill17421, masturbating. The adult male can be heard saying "Hey John, I am in my hotel room, and I was wondering if you think that you're man enough to fuck my angel? I know I am not man enough, I am too scared. But I want to know if you'd put your cock right up against her asshole. With that big head of your cock, put it in her ass, do you think you are man enough to do that in real life? Do you think that you are man enough to push her shit all the way in? Do you think you are man enough to cover her shit with your cum? I hope you are. I'm not, but I hope you are. Do you think you are man enough to cum all over her shit and look me into the eyes when you do it and pull your cock out covered in her shit and your cum? And tell me, look what I did to your daughter. Oh god, I hope you are. I hope you are man enough to do that. You know what I would like John? I would like you to make me a video, I want to hear you talk. I want to hear you cum. I want to hear you groan. Will you do that for me? And tell me what you would like to do to my daughter."

> File Name: 1478627748-416b69d9-4b4b-4e22-8b0d-b2196bcc89e6
> Sha1Base32 Hash Value: V5H2RUZU5EEIHGXESR4BPLKANAP6QUY6
> Sender: buzzkill17421
> Recipient: joecool246
> Type of Content Shared: Video

Date/Time: 2016-11-08 17:55:48 UTC

File Description: This is a fifteen (00:15) second video of a nude adult male, believed to be the Kik user "buzzkill17421, masturbating. The adult male can be heard saying "You know what you are John, you're a filthy pedophile. You get off on watching children get fucked. Oh fuck. I like that."

File Name: 1478627965-5cb97410-fc66-4869-be5d-67a5e683d34e
Sha1Base32 Hash Value: PGCCEZUKWGC4NBQSQ3UJUUAWTAA422C5
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-11-08 17:59:25 UTC

File Description: This is a forty-five (00:45) second video of a nude adult male, believed to be the Kik user "buzzkill17421", masturbating. The adult male can be heard saying "You know what I want you to do John, after you cum all over my daughter's shit, I want you to take a beer bottle, I want you to fill it up with your piss and I want you to fuck my daughter in the ass with it while she is bent over your knee. Your piss and your cum and her shit, oh, will come leaking out of her ass, squirting all over. Oh my god. I want you to do that for me. I want you to fuck her hard with a beer bottle, filled with your piss. Are you going to do that for me?"

File Name: 1478628213-1a649df5-c00e-477d-aa87-58c384c989c1
Sha1Base32 Hash Value: SU4YYX2N6QOFQRC4CJ4EY4LO3HDZLAAR
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-11-08 18:03:33 UTC

File Description: This is a forty-six (00:46) second video of a nude adult male, believed to be the Kik user "buzzkill17421", masturbating. The adult male can be heard saying "You know what I might try do for you John? Is some night when she is asleep, try pull off her panties and put her flat right on her ass and spread her ass open and take pictures for you. So you can see her asshole and pussyhole and her flat resting on top of her, actually nice ass. And I think, when I spread her open, I might touch her asshole with my finger. Would you like to see me do that for you?"

24

File Name: 1478631713-56eb3618-8b08-44ee-a168-bb01b6e78f1f
Sha1Base32 Hash Value: IJUOB6BH5J2WAO36T6NNMFE4WES2F6CV
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Video
Date/Time: 2016-11-08 19:01:53

File Description: This is a fifteen (00:15) second video of a pair of underwear and a sock laid out on a bed. The adult male, believed to be the Kik user "buzzkill17421", can be heard saying, "Here is my little angel's panties. (undecipherable) a little dirty on the inside, she worn them, and she just wears regular socks.

Series of four (4) files:

File Name: 1480681555-805fb74c-aed9-41d9-80d8-8b2c6d29a1a8
Sha1Base32 Hash Value: YLVMDTVUMFQERSJM5HRQYHDJJK6QU46H
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Camera
Date/Time: 2016-12-02 12:25:55

File Description: This is a color image of an adult male's penis placed in a child's sparkly pink and purple shoe.

File Name: 1480681636-a591739f-38ca-4192-9607-fa8d4e0959a4
Sha1Base32 Hash Value: HGCTGZQSODM6RIGT6RF2QTSIFIYTETFY
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Camera
Date/Time: 2016-12-02 12:27:16

File Description: This is a color image of an adult male's penis placed in a child's sparkly pink and purple shoe.

File Name: 1480681663-7d599476-d26d-468d-a4a6-8e7b2d1f5b5f
Sha1Base32 Hash Value: BE5X6EIEGZTY57RBKTVET3PLELQ3TYMA
Sender: buzzkill17421
Recipient: joecool246

Type of Content Shared: Video
Date/Time: 2016-12-02 12:27:43

File Description: This is a seven second (00:07) video of an adult male masturbating his penis with a child's sparkly pink and purple shoe. The adult male can be heard saying, "I might do this for you John. I might do this just for you."

File Name: 1480682139-4f1837fd-8e9d-49bf-b4d8-0a1414e28f45
Sha1Base32 Hash Value: YJMPFUNBREVGF3SZEIOCMHR2YFMWTFBF
Sender: buzzkill17421
Recipient: joecool246
Type of Content Shared: Gallery
Date/Time: 2016-12-02 12:35:39

File Description: This is a one minute and one second (01:00) video of an adult male masturbating into a child's sparkly pink and purple shoe. The adult male can be heard saying, "Fuck ya John, I liked that video. Oh, I am going to shoot into these fucking shoes for you. Ohhhh. Oh, I am going to soak her shoes and make her wear them. Oh, I am going to soak her shoes and make them wear them. Ohhh, ohhhh, ohhh yeah." The adult male ejaculates into the shoes. "Oh, she is going to wear these. Oh, god, she is going to fucking wear these. Ahh, ahh man. That one is for you John. She is going to wear those. Night, night John."

## C.   HSI INVESTIGATION OF BRIAN FORMICONI AND THE KIK USER "BUZZKILL17421"

34.   Queries conducted in internet and law enforcement databases on July 2, 2018 revealed the following:

Brian Baptiste FORMICONI
DOB: 10/01/1978
317 Harvest Sky Ct., Roseville, CA
CADL: A3971531

35.   A Facebook profile was located for Brian FORMICONI with the following information:

Name:           Brian FORMICONI
Username:       brian.formiconi
Married to:     Lynne Dee Malain

I accessed his public Facebook account on July 2, 2018 and confirmed this information.

36.     A Facebook profile for Lynne Dee Malain revealed numerous pictures of prepubescent children (two boys and one girl).  On July 2, 2018, I accessed Lynne Dee Malain's publicly available Facebook page and viewed various pictures and comments to the pictures.  According to my conversations with other law enforcement officers conducting the investigation in Canada, as well as my review of the Facebook page, the female child depicted on Lynne Dee Malain's Facebook page appears to be the same child depicted in the images that the Kik user "buzzkill17421" sent to the Kik user "joecool246" (based on the child's size, hair color, length of hair, and approximate age).  Additionally, in the series of twenty-one (21) images that are described above (see paragraph 27), the images are taken in a kitchen. The kitchen matched the kitchen seen in pictures posted on Facebook from FORMICONI's wife (Lynne Dee Malain - Facebook username: lynne.malain ) of the granite countertops, the tile flooring, the wood cabinets, the wood table and the wood chairs in her kitchen.

37.     The profile photo associated with the Kik account ("buzzkill17421") appears to be an image of the same man depicted on Brian FORMICONI's Facebook profile.  On July 2, 2018, I viewed Brian FORMICONI's Facebook page, and the Facebook picture below on the left is Brian FORMICONI's current profile picture.  When you look at his profile, the picture on the right was his profile picture in January 2017.  In the picture, he appears to be in a car and it appears that there are at least two children in the back.



27

D.    **FEDERAL SEARCH WARRANT ON FORMICONI'S HOME**

38.    On July 2, 2018, the Honorable U.S. Magistrate Carolyn K. Delaney issued a search

warrant for FORMICONI's residence located at 317 Harvest Sky Court, Roseville, CA.

39.    On July 3, 2018, at approximately 0645 hours, HSI/SO Agents, along with the assistance

of the Placer County Sheriff's Office and the Placer County District Attorney's Office executed a

federal search warrant at FORMICONI's residence.  Agents located three children in one of the

upstairs bedrooms (two boys age 6 and one girl age 7).

40.    Agents conducted an audio recorded interview of FORMICONI, who provided the

following biographical information:

| | |
|---|---|
| Name: | Brian FORMICONI |
| DOB: | 10/01/1973 |
| Cell phone #: | 916-397-8719 |
| Wife's name: | Lynne Dee Malain |
| Wife's cell phone #: | 916-397-8717 |
| Email address: | b_formiconi@yahoo.com |
| | Theformiconis@yahoo.com |

I explained that a federal search warrant was issued for the residence and read FORMICONI his

Miranda Rights, which he acknowledged and waived.  I informed FORMICONI that I am a

Special Agent with the Department of Homeland Security and I investigate cyber/internet related

crimes.  FORMICONI invoked his rights and agents concluded the interview.

41.    At approximately 0730 hours, I contacted Lynne Dee Malain and advised that a federal

search warrant had been executed at her home for child pornography violations.  SA Unger

advised that Ms. Malain's children were safe and with agents.  Ms. Malain stated that she would

leave work and return to her residence.  Approximately 30-45 minutes later, Ms. Malain arrived

at her residence.  SA Ochoa and I spoke with Ms. Malain regarding the search warrant and the

investigation.  I showed Ms. Malain several pictures (described in paragraphs 28 through 32) and

28

she identified her daughter in the images as well as her kitchen.  Ms. Malain was unable to identify the pink sparkly shoes as belonging to her daughter, however, she advised that they looked like something her daughter may wear.

42.     During the course of the search warrant, HSI/SO Computer Forensic Analysts (CFA) located one video of child pornography while reviewing a Toshiba laptop, titled, "(darkmatter) (pthc)(ptsc) (opva) 8yr blond(2)(1).wmv" that depicts a young girl between the ages of 7 and 10, mostly nude, touching her exposed vagina, then going to a couch, bending over and exposing her anus.  The girl then turns to face the camera and again exposes her vaginal area.

43.     Agents seized computers, various items of computer media, an iPhone, and a pink leotard (which matches the one depicted in the series of 21 images and described in paragraph 32).  The iPhone was located next to FORMICONI's wallet and car keys.

44.     FORMICONI was placed under arrest for possession, receipt, and distribution of child pornography, in violation of 18 USC 2252(a)(4)(B) and 18 USC 2252(a)(2).  FORMICONI was transported to the USMS and later had his initial appearance before the Honorable U.S. Magistrate Judge Delaney.

45.     On July 5, 2017, I reviewed the Kik content results for the user "buzzkill17421," provided by the RCMP.  The data included a spreadsheet which shows Kik users that received files from the user "buzzkill17421."  The spreadsheet shows "buzzkill17421" as the sender, numerous Kik users as the recipient, type of content shared, content ID (which is an alpha-numeric ID), IP address, and Date/Time.  Based on a review of the spreadsheet, it appears that the user "buzzkill17421" shared content described as "pCloud" approximately 5 times between 05/09/2017 at 0:25:52 UTC and 05/14/2017 at 5:37:36 UTC.  In addition to pCloud, it appears that the user "buzzkill17421" also shared content from "gallery," "camera," "video," Dropbox (cloud storage), OneDrive (cloud storage), and possibly a Russian cloud storage company that has not been fully identified by HSI.

46.     Between July 5 and the present date, HSI Computer Forensic Analysts have been forensically imaging the devices seized from FORMICONI's residence.  I have reviewed some

of the data from the iPhone, specifically the User Dictionary section of the UFED report.  The User Dictionary can be described as a stored database of commonly used terms by the operator of the iPhone.  In reviewing the User Dictionary, I found the following terms of investigative interest: Kik, Dropbox, buzzkill, buzz, cloud, pCloud, pCloud links, pornhub, porn, and pornography.  Additionally, I found the following terms that are indicative of child pornography: 6yo, 8yo, 10yo, lovebaby, babyluv, Babylove, babygirl, candygirls, candygirl, iwantgirls, iwantgirl, prettygirls, prettygirl, and modelgirl. Also on the iPhone, agents found pictures of a girl wearing pink sparkly shoes in an iMessage string between FORMICONI and his wife.

47.     As further explained in Section VIII, infra, based on my training and experience, I know that persons in possession of child pornography often use online file hosting services, such as pCloud, to store and share child pornography images.

### VIII.    INFORMATION REGARDING INFORMATION TO BE SEIZED

48.     The United States seeks a search warrant requiring pCloud to search and produce the records described in the attachments to this affidavit and within its control, pursuant to the Search Protocol set forth in Section IX, infra.

### CHARACTERISTICS OF CHILD PORNOGRAPHY OFFENDERS

49.     Based upon my knowledge, experience, and training in child pornography investigations, and on the training and experience of other law enforcement officers with whom I have had discussions, I know that there are certain characteristics common to individuals involved in such crimes:

      a.     People who distribute, transport, receive, or possess child pornography, or who attempt to commit these crimes, may receive sexual gratification, stimulation, and satisfaction from contact with children, or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, whether in person, in images or videos, or in writings describing such activity.

b.     People who distribute, transport, receive, or possess child pornography, or who attempt to commit these crimes, may collect sexually explicit or suggestive materials in a variety of analog or digital media, including photographs, magazines, videos, books, drawings, videotapes, sometimes on reel-to-reel film, or on computer storage devices. These people use these materials for their own sexual gratification, to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to teach a child how to perform various sexual acts.

c.     People who distribute, transport, receive, or possess child pornography, or who attempt to commit these crimes, often keep copies of child-pornography material, that is, their child pornography collections, correspondence, mailing lists, and related books, whether in digital or other forms, in the privacy and security of their home, or at some other secure location.  They prize this material and usually keep it for many years.

d.     People who distribute, transport, receive, or possess child pornography, or who attempt to commit these crimes, may correspond with or meet others interested in child pornography so that they can share information and materials.  They rarely destroy correspondence from other child pornography collectors; they conceal this correspondence as they do their sexually explicit material; and they often keep lists of names, addresses, and telephone numbers of individuals with who they have been in contact and who share the same interests.

## PCLOUD AND CLOUD STORAGE

50.     Based on my training and experience and the training and experience of other officers, I know that web-based file hosting providers, such as pCloud retain business records and subscriber information such as name provided by the user, e-mail address provided by the user, time and date of account registration, type of account, IP address information, devices associated

with an account, services available to the subscriber, methods of payment, and detailed billing records.

51.     Based on my training and experience and the training and experience of other officers, I know that web-based file hosting providers, such as pCloud maintain electronic records pertaining to the individuals and companies for whom they maintain subscriber accounts including account access information, email transaction information, and account application information, email communications, and image and/or video files.

52.     Based on my training and experience, I know that individuals also use online resources to retrieve and store child pornography, including services that store media using "Cloud Storage." Cloud storage can be defined as a network of online storage where data is saved in virtual storage that is hosted by third parties.  The hosting companies operate large data centers, possibly across multiple servers.  Cloud storage allows users to save files and data online and access their information from anywhere using any computer that is connected to the Internet. Individuals can choose to share their cloud based storage files with other users of their choosing. An example of cloud storage is pCloud.  Evidence of such online storage of child pornography is often found on the user's computer(s) or other electronic device(s).

53.     Based on my training and experience, as well as conversations with other agents, I believe that within the items to be seized, there will be evidence of the following:

        a.     the identities of co-conspirators, and other individuals engaged in possession, receipt, and distribution of child pornography offenses;

        b.     the contact information of co-conspirators, and other individuals engaged in possession, receipt, and distribution of child pornography offenses;

        c.     the timing of communications among co-conspirators, and other individuals involved in possession, receipt, and distribution of child pornography offenses; and

        d.     the methods and techniques used in possession, receipt, and distribution of child pornography offenses.

e.      the collection of sexually explicit and suggestive material consisting of photographs, videos, and visual depictions of minors with whom they have had sexual contact and of other minors who stimulate their own sexual gratification.

54.      Based on my training and experience, as well as conversations with other agents, and on the evidence I have reviewed in this investigation, there is probable cause to believe that records relating to the production, receipt, distribution, and possession of child pornography will be found in pCloud's possession associated with the SUBJECT ACCOUNT.  Boston Law Group, PC serves as international legal counsel to pCloud AG, a company organized in Switzerland that operates pCloud.com.   Based on my conversations with other agents, pCloud has complied with U.S. legal process relating to child exploitation investigations.

## IX.      SEARCH PROCEDURE

55.      In order to facilitate seizure by law enforcement of the records and information described in Attachment A, this affidavit and application for a search warrant seeks authorization, pursuant to 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), to permit employees of pCloud to assist agents in the execution of this warrant.  In executing this warrant, the following procedures will be implemented:

a.      The search warrant will be presented to pCloud legal counsel who will be directed to the information described in Section II of Attachment B;

b.      In order to minimize any disruption of computer service to innocent third parties, pCloud employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the information described in Section II of Attachment B, including an exact duplicate of all information described in Section II of Attachment B;

      c.      pCloud employees will provide the exact duplicate in electronic form of the

information described in Section II of the Attachment B and all information stored in those

accounts and files to the agent who serves this search warrant. In turn, law enforcement

personnel will thereafter review all information and records received from pCloud to locate the

information to be seized by law enforcement personnel pursuant to Section II of Attachment B.

## X.      REQUEST FOR SEALING OF APPLICATION/AFFIDAVIT

56.     This investigation is ongoing, and disclosure of the search warrant, this affidavit, or this

application and the attachments thereto will jeopardize its progress.  For example, if the subjects

of this investigation were notified that this investigation exists, they might destroy evidence,

warn co-conspirators, or flee.  Accordingly, I respectfully request the Court issue an order that

the search warrant, this affidavit in support of the application for a search warrant, the

application for this search warrant, and all attachments thereto, along with the order itself, be

filed under seal until further order of this Court.

## XI.     CONCLUSION

57.     Based on the foregoing, there is probable cause to believe that the federal criminal

statutes cited herein have been violated, and that the contraband, property, evidence, fruits and

instrumentalities of these offenses, more fully described in Attachment B, are located at the

locations described in Attachment A.  I respectfully request that this Court issue a search warrant

//

//

//

//

//

//

for the locations described in Attachment A, authorizing the seizure and search of the items described in Attachment B.

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Special Agent Dana M. Unger
Homeland Security Investigations

Approved as to form

Roger Yang
Assistant United States Attorney

Sworn and subscribed before me this 28th day of August 2018.

HON. KENDALL J. NEWMAN
U.S. MAGISTRATE JUDGE

35

## ATTACHMENT A:

## PROPERTY TO BE SEARCHED

This warrant applies to information associated with Brian FORMICONI and/or the account associated with the email address "buzzkill17421@yahoo.com" and/or "b_formiconi@yahoo.com" stored at premises controlled and operated by pCloud AG, a company that accepts service of legal process at pCloud U.S. Legal Counsel, Boston Law Group, 825 Beacon Street, Suite 20, Newton Centre, MA 02459.

**ATTACHMENT B:**
**THINGS TO BE SEIZED**

**Section I**

Upon receipt of the records, the government is authorized to search through the produced records and to copy only those files that are particularly described below in section II for records and materials evidencing violations of 18 U.S.C. § 2251 and § 2252. At the conclusion of the search, the government will seal non-responsive items seized from pCloud that are not described below and preserve the entire production for defense review. Review of non-responsive data will require a separate search warrant supported by probable cause. The records and materials to be seized are more specifically identified as:

**Section II**

All subscriber information for Brian FORMICONI, and/or the account buzzkill17421@yahoo.com/b_formiconi@yahoo.com including:

    a.  names, email addresses, and screen names;
    b.  addresses;
    c.  detailed billing records or records of session times and durations and IP connection data;
    d.  registration information;
    e.  passwords if stored by the provider;
    f.  length of service (including start date) and types of service utilized;
    g.  telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address;
    h.  records that help reveal the identity and whereabouts of persons using the account;
    i.  evidence about how and when the account was accessed or used, to determine the chronological and geographical context of account access, use and events relating to the crime under investigation and the account subscriber;
    j.  evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts;
    k.  the means and source of payment for such service (including any credit card or bank account number); and
    l.  devices associated with the account or utilized to access the account.

The contents of electronic or wire communications held in accounts of Brian FORMICONI and/or the account buzzkill17421@yahoo.com/b_formiconi@yahoo.com including:

    a.  all electronic or wire communications (including e-mail text, attachments, and embedded files) in electronic storage by pCloud, a remote computing service, within the meaning of the Stored Communications Act;

b.   all photos, files, data, or information in whatever form and by whatever means they have been created or stored; which are more specifically described as:

   i.    Photographs, images, and/or video files depicting minors under the age of 18 years old engaging in sexually explicit conduct;

   ii.   Screenshots of photographs and video files depicting minors under the age of 18 years old engaging in sexually explicit conduct; and

   iii.  Any attribution evidence that may indicate who owned, controlled, uploaded, or stored information in the account.

SEALED

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br>Any media contained in the account associated with the email<br>address "buzzkill17421@yahoo.com" and/or<br>"b_formiconi@yahoo.com" located at PCLOUD AG, PCLOUD<br>U.S. LEGAL COUNSEL, BOSTON LAW GROUP, 825<br>BEACON STREET, SUITE 20, NEWTON CENTRE, MA<br>02459 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2 18-SW-0732 KJN

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before _____Sept 11 2018_____ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

3:30 p.m.

Date and time issued:  Aug 28, 2018 _____

_____
*Judge's signature*

City and state:      Sacramento, California _____

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| | **Return** | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
            Signature of Judge                                            Date

## ATTACHMENT A:

### PROPERTY TO BE SEARCHED

This warrant applies to information associated with Brian FORMICONI and/or the account associated with the email address "buzzkill17421@yahoo.com" and/or "b_formiconi@yahoo.com" stored at premises controlled and operated by pCloud AG, a company that accepts service of legal process at pCloud U.S. Legal Counsel, Boston Law Group, 825 Beacon Street, Suite 20, Newton Centre, MA 02459.

**ATTACHMENT B:**
**THINGS TO BE SEIZED**

**Section I**

Upon receipt of the records, the government is authorized to search through the produced records and to copy only those files that are particularly described below in section II for records and materials evidencing violations of 18 U.S.C. § 2251 and § 2252. At the conclusion of the search, the government will seal non-responsive items seized from pCloud that are not described below and preserve the entire production for defense review. Review of non-responsive data will require a separate search warrant supported by probable cause. The records and materials to be seized are more specifically identified as:

**Section II**

All subscriber information for Brian FORMICONI, and/or the account buzzkill17421@yahoo.com/b_formiconi@yahoo.com including:

    a. names, email addresses, and screen names;
    b. addresses;
    c. detailed billing records or records of session times and durations and IP connection data;
    d. registration information;
    e. passwords if stored by the provider;
    f. length of service (including start date) and types of service utilized;
    g. telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address;
    h. records that help reveal the identity and whereabouts of persons using the account;
    i. evidence about how and when the account was accessed or used, to determine the chronological and geographical context of account access, use and events relating to the crime under investigation and the account subscriber;
    j. evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts;
    k. the means and source of payment for such service (including any credit card or bank account number); and
    l. devices associated with the account or utilized to access the account.

The contents of electronic or wire communications held in accounts of Brian FORMICONI and/or the account buzzkill17421@yahoo.com/b_formiconi@yahoo.com including:

    a. all electronic or wire communications (including e-mail text, attachments, and embedded files) in electronic storage by pCloud, a remote computing service, within the meaning of the Stored Communications Act;

b.      all photos, files, data, or information in whatever form and by whatever means they have been created or stored; which are more specifically described as:

      i.      Photographs, images, and/or video files depicting minors under the age of 18 years old engaging in sexually explicit conduct;

      ii.     Screenshots of photographs and video files depicting minors under the age of 18 years old engaging in sexually explicit conduct; and

      iii.    Any attribution evidence that may indicate who owned, controlled, uploaded, or stored information in the account.